# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMCO INDUSTRIAL SALES, INC., <br> Plaintiff, <br><br> v. <br><br> LOVEJOY, INC., <br> Defendant. | Civil Action No. 09-1407 |

## ORDER

March 8, 2011                                                          Pollak, J

       AND NOW, upon consideration of defendant Lovejoy's motion for summary judgment, and for the reasons set out in the accompanying opinion, the court grants Lovejoy's motion for summary judgment with respect to Kamco's PCSRA claim and its constructive termination theory of breach of contract, but denies the motion with respect to Kamco's claim that Lovejoy committed breach of contract by violating the implied covenant of good faith and fair dealing.

                                                              BY THE COURT:

                                                           _LHP_____

                                                           Pollak, J.